UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21744-CIV-GOLD/McALILEY

ARIEL ORTEGA,

    Plaintiff,

v.

COLLECTORS TRAINING
INSTITUTE OF ILLINOIS, INC.

    Defendant.
_____/

**OMNIBUS ORDER CLOSING CASE UPON
STIPULATION FOR DISMISSAL WITH PREJUDICE [ECF No. 83];
DISCHARGING ORDER TO SHOW CAUSE [ECF No. 82]**

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal with Prejudice **[ECF No. 83]** and Plaintiff's Response to Order to Show Cause **[ECF No. 84]**. Having reviewed the Stipulation, Response, the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. All of Plaintiff's claims in the above-styled matter are DISMISSED WITH PREJUDICE.

2. Each party shall bear its own costs and fees except as otherwise agreed.

3. All pending motions are denied as MOOT and all hearings are CANCELLED.

4. The Court hereby reserves jurisdiction to enforce the terms of the settlement agreement, if necessary.

5. The Order to Show Cause **[ECF No. 82]** is DISCHARGED.

6. This case is CLOSED.

DONE AND ORDERED in Chambers, at Miami, Florida, this 11th day of March, 2011.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Chris M. McAliley
       Counsel of record